UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                    )
PRINCE JOHNSON,                       )
                                                    )
    Appellant,                         )    No.: 15-5034
                                                    )    (C.A. No. 1:11-cv-01832-KBJ)
    v.                                        )
                                                    )
THOMAS E. PEREZ, Secretary,      )
U.S. Department of Labor,              )
                                                    )
    Appellee.                           )
_____ )

**APPELLANT'S CERTIFICATE OF COUNSEL AS
TO PARTIES, RULINGS AND RELATED CASES**

Pursuant to this Court's February 10, 2015 Order and Circuit Rule 28(a)(1), counsel for the Appellant files this certificate as to parties, rulings and related cases.

    I.    <u>Parties.</u>

The Appellant is Prince Johnson who was the Plaintiff in the District Court.

The Appellee is Thomas E. Perez, in his official capacity as Secretary, U.S. Department of Labor who was the defendant below.

There are no amicus curiae.

II.  Rulings Under Review.

The rulings under review are the Memorandum Opinion and Order of Ketanji Brown Jackson dated September 2, 2014 granting summary judgment in favor of the defendant and the Order of Ketanji Brown Jackson dated January 6, 2015 denying Plaintiff's motion to alter or amend the judgment under Fed. R. Civ. P. 59(e).

III.  Related Cases.

This case has not previously been before this Court and there are no currently pending related cases.

Respectfully submitted,

ALAN LESCHT & ASSOCIATES, P.C.

_____/s/_____
Alan Lescht
1050 17th St., N.W. Suite 400
Washington, D.C. 20036
T: (202) 463-6036
F: (202) 463-6067
Alan.Lescht@leschtlaw.com
Counsel for Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on the following using the CM/ECF system this 12th day of March, 2015:

Ronald C. Machen, Jr.
United States Attorney
R. Craig Lawrence
Assistant United States Attorney
Damon Taaffe
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530


_____/s/_____
Alan Lescht